UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 06-22292-CIV-ALTONAGA/Turnoff

**SUSANA JALON** and
**GUSTAVO JALON**,

    Plaintiffs,
vs.

**MERCK & CO., INC.**,

    Defendant.
_____/

## ORDER

**THIS CAUSE** came before the Court upon Defendant, Merck & Co., Inc.'s Unopposed Motion to Stay All Proceedings Pending Transfer Decision by the Judicial Panel on Multidistrict Litigation and Incorporated Memorandum of Law [D.E. 10], filed on October 19, 2006. On September 20, 2006, the Court issued an Order Administratively Closing Case. The Order stayed the case pending a transfer decision by the Judicial Panel on Multidistrict Litigation. Accordingly, it is

**ORDERED AND ADJUDGED** that Defendant's Motion **[D.E. 10]** is **DENIED AS MOOT**.

**DONE AND ORDERED** in Chambers at Miami, Florida this 20th day of October, 2006.

*(signature)*
_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:    Magistrate Judge William C. Turnoff
       counsel of record